```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
GRANITE STATE INSURANCE CO., et al.,                          :
                                        Plaintiffs,           :
                                                              :        23 Civ. 7651 (LGS)
                -against-                                     :
                                                              :              ORDER
PRIMARY ARMS, LLC,                                            :
                                        Defendant.            :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for November 8, 2023;

WHEREAS, in the parties' joint letter, Plaintiffs propose that the most efficient path forward is for them to file an early motion for partial summary judgment on Counts I and III of the Complaint, dealing with Plaintiffs' duty to defend Defendants in three underlying lawsuits. Plaintiffs propose a stay of discovery until the motion is resolved and assert that the remaining issue of Plaintiffs' duty to indemnify (Counts II and IV) is not yet ripe for discovery or adjudication. Defendant does not oppose these proposals and intends to file a cross-motion for partial summary judgment on Counts I and III.  It is hereby

**ORDERED** that Defendant shall file its Answer to the Complaint by **November 3, 2023**.  It is further

**ORDERED** that the November 8, 2023, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.  It is further

**ORDERED** that Plaintiffs shall file any motion for partial summary judgment, not to exceed twenty (20) pages, by **November 29, 2023**. Defendant shall file its opposition and any cross-motion for partial summary judgment, not to exceed thirty (30) pages, by **December 22, 2023**. Plaintiffs shall file a reply and opposition to Defendant's cross-motion for partial summary judgment, not to exceed twenty (20) pages, by **January 12, 2024**. Defendant shall file a reply in support of its cross-motion for partial summary judgment, not to exceed ten (10) pages, by **January 19, 2024**. It is further

**ORDERED** that any motion for partial summary judgment shall be limited to Claims I and III of the Complaint. It is further

**ORDERED** that, notwithstanding the aforementioned page allocation, the Parties may reallocate the page numbers as they deem appropriate, so long as no Party exceeds forty (40) pages of briefing in total. It is further

**ORDERED** that the parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers. It is further

**ORDERED** that discovery in this matter is stayed pending resolution of the parties' cross-motions for summary judgment.

Dated: November 3, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**