UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GRANITE STATE INSURANCE COMPANY
et al.,
                                             Plaintiffs,       23 Civ. 7651 (LGS)

              -against-                      ORDER and JUDGMENT

PRIMARY ARMS, LLC,
                                            Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiffs Granite State Insurance Company ("Granite State") and National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") bring this action for declaratory relief against Defendant Primary Arms, LLC ("Primary Arms"). Plaintiffs' complaint (the "Complaint") seeks a declaration that they need not defend nor indemnify Defendant in three lawsuits (the "Underlying Suits") brought respectively by the State of New York and the cities of Buffalo and Rochester. In this action, Defendant asserts counterclaims for breach of contract, declaratory judgment that Plaintiffs have a duty to defend Defendant in the Underlying Suits, and bad faith for refusal to defend Defendant in the Underlying Suits.

      WHEREAS, the parties cross-moved for partial summary judgment on the issue of Plaintiffs' duty to defend. By Opinion and Order dated August 30, 2024, Plaintiffs' motion was granted, and Defendant's motion was denied. Summary judgment was granted to Plaintiffs on their first and third causes of action and on Defendant's first and second counterclaims, because Granite State or National Union are not obligated to defend Primary Arms in the Underlying Suits.

WHEREAS, the surviving claims and counterclaim, which were not the subject of the motions, are: (1) Count II of the Complaint for a declaration that Granite State does not owe a duty to indemnify; (2) Count IV of the Complaint for a declaration that National Union does not owe a duty to indemnify and (3) Primary Arms's third counterclaim for bad faith. The reasoning provided in the Opinion is dispositive of these claims as well.

WHEREAS, Defendants have not moved for reconsideration of the August 30, 2024, Opinion and Order.

WHEREAS, in a letter dated September 6, 2024, the parties agreed that the appropriate next steps in the action are for the Court to grant judgment for Plaintiffs on the remaining Counts in their Complaint regarding the duty to indemnify (Counts II and IV), grant judgment against Defendant on its remaining counterclaim for bad faith and enter final judgment. It is hereby

**ORDERED** that, for the same reasons that the Policies do not obligate Plaintiffs to defend Primary Arms in the Underlying Suits, as explained in the August 30, 2024, Opinion and Order, the Policies do not obligate Plaintiffs to indemnify Primary Arms in the Underlying Suits. Judgment is hereby entered for Plaintiffs on all Counts of the Complaint. Defendant's remaining counterclaim is dismissed.

The Clerk of Court is respectfully directed to enter Judgment in favor of Plaintiffs.

Dated:  September 16, 2024
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE