# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
GRANITE STATE INSURANCE COMPANY et al.,

                         Plaintiffs,          23 **CIVIL** 7651 (LGS)

      -against-                       **JUDGMENT**

PRIMARY ARMS, LLC,
                Defendant.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order & Judgment dated September 16, 2024, that the Policies do not obligate Plaintiffs to defend Primary Arms in the Underlying Suits, as explained in the August 30, 2024, Opinion and Order, the Policies do not obligate Plaintiffs to indemnify Primary Arms in the Underlying Suits. Judgment is hereby entered for Plaintiffs on all Counts of the Complaint. Defendant's remaining counterclaim is dismissed.

**Dated:**  New York, New York
          September 17, 2024

                                            **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                    **BY:**
                                            **Deputy Clerk**